USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/17

Jarred, K.

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANTARCTICA STAR I, LP and ANTARCTICA STAR, LLC,

> Plaintiffs and Counterclaim Defendants,

- against -

GIBBS INTERNATIONAL, INC.,

> Defendant and Counterclaim/Third-Party Plaintiff,

- against -

ACRE, LLC and CHANDRA PATEL,

> Third-Party Defendants.

Index No. 15-cv-02630 (KBF) (HBP)

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: June 28, 2017
      New York, New York

PATTERSON BELKNAP WEBB &
TYLER LLP


By: _____
      Erik Haas
      Rachel B. Sherman
      1133 Avenue of the Americas
      New York, New York 10036

      *Attorneys for Antarctica Star I, LP,*
      *Antarctica Star, LLC, ACRE, LLC,*
      *and Chandra Patel*


SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP


By: _____
      Robert S. Friedman
      Thomas M. Monahan
      30 Rockefeller Plaza, 39th Floor
      New York, New York 10112
      (212) 653-8700

PARKER POE ADAMS & BERNSTEIN LLP
      Kevin Dunlap (*admitted pro hac vice*)
      100 Dunbar Street
      Suite 206
      Spartanburg, South Carolina 29306

      *Attorneys for Gibbs International, Inc.*


**SO ORDERED:**

_____
      **U.S.D.J.**

                              6/29/17